IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSE EUCEDA, on behalf of<br>himself and other persons similarly situated | ) ) ) | CIVIL ACTION NO. 2:16-cv-14120 |
| *Plaintiff*,<br>v. | ) ) ) ) | JUDGE JAY C. ZAINEY<br><br>MAG. JUDGE MICHAEL B. NORTH |
| UMA EDUCATION INC.<br>d/b/a ULTIMATE MEDICAL ACADEMY | ) ) ) | |
| *Defendant*. | ) | |

_____

## EX-PARTE/CONSENT MOTION TO CONTINUE SUBMISSION DATE
_____

**NOW COMES** Plaintiff who files this *Motion to Continue Submission Date*, requesting this Honorable Court issue an order continuing the submission date for Defendant UMA Education Inc.'s *Motion to Stay* [Rec. Doc. 17] for 30 days or until March 8, 2017.

The current submission date is February 8, 2017. Plaintiff requires additional time to respond to Defendant's motion. Counsel for Defendant has been contacted and has no objection to this continuance.

**WHEREFORE** Plaintiff requests that this Honorable Court continue the submission date of Defendant's *Motion to Stay* to March 8, 2017.

*Respectfully submitted,*

*/s/ Emily A. Westermeier*
Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Emily A. Westermeier (#36294)
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Facsimile:  (504) 272-2956
*emily.costaleslawoffice@gmail.com*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2017, I served a copy of this motion on counsel for

Defendants via the Court's CM/ECF system.

*/s/ Emily A. Westermeier*