UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSE EUCEDA, on behalf of himself<br>And other persons similarly situated<br><br>VERSUS<br><br>UMA EDUCATION INC.<br>d/b/a ULTIMATE MEDICAL ACADEMY | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 2:16-cv-14120<br><br>JUDGE JAY C. ZAINEY<br><br>MAGISTRATE<br>    MICHAEL B. NORTH |

## ORDER

**CONSIDERING THE FOREGOING** Motion for Stay filed on behalf of the Defendant, UMA Education, Inc. ("UMA"): **AND THE COURT HAVING BEEN ADVISED THAT THE MOTION WILL NOT BE OPPOSED;**

**IT IS HEREBY ORDERED THAT UMA'S MOTION IS GRANTED AND THAT THIS ACTION IS HEREBY STAYED UNTIL FURTHER NOTICE OF THE COURT.**

**IT IS FURTHER ORDERED THAT** notice shall be provided to the Court of the issuance of an opinion in *ACA International v. Federal Communications Commission*, Case No. 15-1211 as soon as practicable after its issuance. Either party may provide such notice. The notice shall also contain a request to the Court for the setting of a Scheduling Conference.

**THE CLERK IS INSTRUCTED TO CLOSE THE CASE FOR ADMINISTRATIVE REPORTING PURPOSES.**

2/23/17

_____
JUDGE JAY C. ZAINEY